# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 04-CV-4112-DEO |
| vs. | JUDGMENT |
| DARYL and DARLENE MAASEN and IOWA DEPARTMENT OF REVENUE AND FINANCE, | |
| Defendants. | |

In accordance with the Court's Order entered on June 5, 2007, judgment is hereby entered in favor of the United States and against Daryl Maassen for the unpaid balance of federal income taxes, penalties, and interest in the amount of $338,770.12, as shown below, plus interest and statutory additions according to law from May 29, 2006 until paid.

| Tax Year | Balance of Liability as of May 29, 2006 |
|---|---|
| 1989 | $ 24,947.90 |
| 1992 | $ 133,767.10 |
| 1993 | $ 73,709.25 |
| 1994 | $ 106,345.87 |
| TOTAL | $ 338,770.12 |

Furthermore, the United States is granted judgment to foreclose its tax liens against Daryl Maassen's interest in two parcels of real property located in Lyon County, at Rural

Route 2, Box 30, Doon, Iowa ("the Properties"), which are legally described as:

Parcel One

Lot Three (3) in the North Half (N ½) of Section 35, Township 98, North, Range 45, West of the 5th P.M., Lyon County, Iowa, more particularly described as:

Beginning at a point 213.00 ft. West of the North Quarter Corner of Section 35, Township 98, North, Range 45, West of the 5th P.M., Lyon County, Iowa, thence South 278.50 ft., thence West 301.58 ft., thence North 278.50 ft., thence East 301.58 ft. to the point of beginning and containing 1.93 acres.

and

Parcel Two

A tract of land in the said North Half (N ½) of Section Thirty-five (35), Township Ninety-Eight (98) North, Range Forty-five (45), West of the 5th P.M., Lyon County, Iowa, more particularly described as follows:

Commencing at the North Quarter Corner of Section 35; thence West 213 feet; thence South 676 feet; thence East 644 feet; thence North 676 feet; thence West 431 feet to the Point of Beginning, except that part thereof described as follows: Commencing at the North Quarter of said Section 35, running thence West 213 feet, thence South 676 feet, thence East 461 feet, thence North 145 feet, thence West 110 feet, thence North 234 feet, thence West 118 feet, thence North 297 feet to the North Line of said section to the Point of Beginning.

2

The properties will be sold pursuant to further Order of Sale of the Court.

**IT IS SO ORDERED** this 6th day of June, 2007.

_Donald E. O'Brien_
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:

by: /s/ des    6/06/07